■ FAR EAST HIDES COMPANY, LTD., Respondent, v MERCHANTS BANK OF NEW YORK, Appellant. — Order, Supreme Court, New York County (Carey, J.), entered on September 23, 1982, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. The appeal from the judgment of said court, entered on July 8, 1982, is dismissed, without costs and without disbursements, as having been subsumed in the appeal from the aforesaid order. No opinion. Concur — Murphy, P. J., Kupferman, Sullivan, Asch and Lynch, JJ.

■ FRANCISCA RODRIGUEZ et al., Respondents, v CARLOS TOLEDO, Appellant, and MEDICAL ARTS CENTER HOSPITAL, Respondent. — Order, Supreme Court, New York County (Okin, J.), entered on October 13, 1982, unanimously affirmed. Plaintiffs-respondents shall recover of appellant $50 costs and disbursements of this appeal. The appeal from the order of said court, entered on October 20, 1982, is dismissed as having been subsumed in the appeal from the aforesaid order, without costs and without disbursements. No opinion. Concur — Carro, J. P., Bloom, Fein, Lynch and Kassal, JJ.